IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 02-20165-DA |
| ALVIN IRWIN MOSS, ET AL | ) | |
| Defendants. | ) | |

### ORDER DISMISSING ALL COUNTS OF INDICTMENT AS TO DEFENDANT LARRY CHARLES MOSS

This cause came on to be heard this date upon oral motion of the United States, by and through the United States Attorney for the Western District of Tennessee, and his duly authorized Assistant, Dan L. Newsom, requesting the Court to dismiss all counts of the above-referenced Indictment as to Defendant Larry Charles Moss; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the said oral motion of the United States should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that all Counts of Indictment No. 02-20165-DA, regarding Defendant Larry Charles Moss, be and are hereby dismissed.

ENTERED THIS 22 DAY OF SEPTEMBER, 2005.

BERNICE BOUIE DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 646 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT